FILED
2026 Nov-10 AM 10:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOSE ARTURO AGUILA LUCIO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **2:26-cv-1311-EGL-JHE** |
| | ) | |
| **WARDEN et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**MEMORANDUM OPINION**

On July 24, Jose Arturo Aguilar Lucio filed a petition for a writ of habeas corpus. Doc. 1. Lucio is a citizen of Mexico who entered the United States in 2009. *Id.* at 4. He was detained by immigration officials in July 2026. *Id.* at 2. He requests immediate release, or alternatively, a bond hearing. Doc. 1 at 11. Respondents conceded that he was entitled him to a bond hearing, Doc. 3 at 3–5, and the Court therefore granted his petition to the extent that it sought one. Doc. 8. at 2. Now, Respondents have informed the court that Lucio received his hearing, Doc. 9 at 1, and the Court will address his remaining requests.

First, his request for immediate release is due to be denied. *See Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, 175 F.4th 1258, 1263 (11th Cir. 2026) (explaining that, under § 1226, DHS "may continue to detain" arrested aliens) (citing § 1226(a)(1)–(2)). His remaining requests—that this Court assume jurisdiction of

his case and order Respondents not to transfer him outside the jurisdiction during these proceedings—are **MOOT**. Accordingly, judgment will be entered by a separate order.

**DONE** and **ORDERED** this 10th day of November, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE